# EXHIBIT A



**Greenwood Genetic Center**
*Where Compassion Inspires Progress*

P) 864.941.8100
T) 888.GGC.GENE
F) 864.388.1077

106 Gregor Mendel Circle
Greenwood, South Carolina 29646
www.GGC.org

October 4, 2021

RE: Parker T. Egbert
DOB: 8/6/2003

To Whom It May Concern:

Parker T. Egbert is a patient at the Greenwood Genetic Center. He is being followed due to a history of developmental delay, intellectual disability, and autism spectrum disorder. In January 2021, we were able to make a genetic diagnosis of autosomal dominant neurodevelopmental disorder with hypotonia and variable intellectual and behavioral abnormalities (NEDHIB) based on a *de novo* (new change to Parker) likely pathogenic variant in the *POLR2A* gene. This syndrome has only recently been described in the literature. We feel this diagnosis fits Parker's medical history. We reviewed a recent publication involving 16 patients with *de novo* pathogenic variants in this gene (Haijes et al. (2019)). Clinical features associated with NEDHIB include hypotonia, delayed walking, poor speech, intellectual disability, decreased endurance, feeding difficulties, gastroesophageal reflux, and behavioral abnormalities.

Parker underwent an Ashworth test and gait evaluation recently. Parker was found to have muscular atrophy in his trunk, back, and legs. He also has muscle weakness in his arms and shoulders along with tight/short Achilles tendons. He had an ataxic gait, which is exacerbated by joint hypermobility.

We feel the diagnosis of NEDHIB explains Parker's medical history very well. This diagnosis would explain why Parker cannot eat quickly, which is secondary to hypotonia and swallowing issues. Additionally, a diagnosis of NEDHIB would explain why Parker has some issues gaining weight, his bowel issues, and his body frame. NEDHIB would also explain why Parker walks on his toes as well as his tight Achilles tendons and the need for additional stretching. Interestingly, this condition is also associated with decreased endurance. The fact that Parker is doing so well with swimming is miraculous.

Parker's genetic diagnosis of NEDHIB puts him at a disadvantage when compared to unaffected individuals. We hope that you would consider this information when performing Parker's swimming classification.

Please let me know if you have any questions or need additional information. I can be contacted via email at wpatterson@ggc.org or telephone at 864-388-1051.

Best,

*Wesley G. Patterson, PA-C*

Wesley G. Patterson, PhD(c), MSPA, PA-C
Genetics Physician Assistant



# Medical Diagnostic Form for ALL Athletes with Physical Impairment

To be eligible for World Para Swimming an athlete must have an underlying medical diagnosis (Health Condition) that results in a Permanent and Eligible Impairment (article 7 in the World Para Swimming Classification Rules and Regulations). The measurement of impairment conducted during the classification process must correspond to the diagnosis indicated below.

Completed forms and relevant Medical Diagnostic Information must be uploaded to the athlete's SDMS profile upon registration of the athlete to the SDMS. World Para Swimming holds the right to request further information, if additional information is required. The athlete will not be able to undergo classification, until such time as the requested information is provided.

**Please fill in the form electronically.**

**Athlete Information** (to be completed by the NPC)

| Family name: | Parker Thomas Egbert |
|---|---|
| Given name/s: | |
| Gender: ☐ Female ☒ Male | Date of Birth: 8/6/03 |
| NPC: | SDMS ID: |

**Medical Information** — to be completed in **English** by a registered Medical Doctor, M.D.

| Athlete's Medical Diagnosis (Health Condition): | Germline Mutation in POLR2A Autism, Intellectual Disabilities |
|---|---|
| Include description of body part/s affected and limitations: | Multisystemic developmental disorders that can cause hypotonia, joint hypermobility, hip dysplasia, short Achilles tendons and ataxia. Spine reveals significant atrophy of paraspinal musculature with prominent spinal processes |

Primary Impairment/s arising from the Medical Diagnosis (Health Condition):

☒ Impaired muscle power
☒ Impaired passive range of motion
☒ Ataxia
☐ Athetosis
☒ Hypertonia
☐ Leg length difference
☐ Limb deficiency/loss
☐ Short stature (height: _____ cm)

Medical condition is: ☒ Permanent ☐ Stable ☒ Progressive ☐ Fluctuating

International Paralympic Committee
Adenauerallee 212-214   Tel. +49 228 2097-200
53113 Bonn, Germany   Fax +49 228 2097-209

www.paralympic.org
info@paralympic.org



| | |
|---|---|
| Year of onset: | ☒ Congenital (birth) |

**Diagnostic Evidence to be attached:**
Evidence to support the above diagnosis MUST be attached in English for ALL athletes:
☒ Medical Diagnostic Report and Physical Examination results (for example ASIA scale for Athletes with Spinal Cord Injury, Ashworth Scale for Athletes with Cerebral Palsy, X-rays for Athletes with dysmelia, photo for Athletes with amputation)

World Para Swimming holds the right to request additional diagnostic evidence as per article 7.5 and 7.6 in World Para Swimming Classification Rules and Regulations, including but not limited to:
☒ Report(s) from additional diagnostic testing (for example, EMG, MRI, CT, X-ray)

**Treatment History:** PT, OT, Speech, in home therapy from birth. Genetic Dr. from birth.

**Regular Medication – List dosage and reason:** NA

**Presence of additional medical conditions/diagnoses:**
☐ Vision impairment
☒ Intellectual impairment
☐ Hearing impairment
☐ Psychological diagnoses
☐ Impaired respiratory function
☒ Impaired metabolic functions
☐ Impaired cardiovascular functions
☐ Pain
☒ Joint Hypermobility/ instability
☒ Impaired muscle endurance (e.g., Chronic fatigue)
☐ Other: _____

**Describe:**

☒ I confirm that the above information is accurate

**Doctors Name:** Wesley G. Patterson PhD(c), MSPA, PA-C
**Medical Specialty:** Medical Genetics
**Registration Number:** 1669463014
**Address:** 106 Gregor Mendel Circle
**City:** Greenwood
**Country:** USA
**Phone:** 864-388-1051
**E-mail:** wpatterson@ggc.org
**Signature:** Wesley D. Patterson PA-C
**Date:** 11/9/2021



Parker Egbert was seen today for a musculoskeletal and gait evaluation. Patient is an 18 year-old male with a diagnosis of Germline Mutation in POLR2A, which is characterized by multi-systemic developmental disorders that can cause hypotonia, joint hypermobility, hip dysplasia, short Achilles tendons, and ataxia.

Parker's gait evaluation revealed a pattern of limited heel strike at initial contact phase of gait. Patient frequently demonstrated mid foot strike upon initial contact phase of gait. Patient's range of motion in the bilateral ankle demonstrated only 5 degrees dorsiflexion and 30 degrees plantarflexion. This demonstrated a short Achilles tendon which is characteristic of Parker's genetic mutation.

Parker's gait also demonstrated no reciprocal arm swing. His trunk is rigid during the gait cycle. He keeps his arms flexed at the elbows and increases this movement as well as glenohumeral flexion the more the gait increases. Evaluation is positive for ataxia.

Patient's right knee hyperextends during right midstance phase of gait. The hyperextension increases in severity with increases in gait speed. This demonstrates joint hypermobility which is another characteristic of Germline Mutation in POLR2A.

Evaluation of spine reveals significant atrophy of paraspinal musculature with prominent spinal processes. Some general core weakness is noted.

Parker's diagnosis of Germline Mutation in POLR2A puts him at a disadvantage to compete due to his physical disabilities.

*S. McC*

Tommy McCrea, CPO

Professional Park  *  110 Liner Drive  *  Greenwood, SC 29646
Phone (864) 942-7001  *  Fax (864) 942-7008

# **EXHIBIT B**

# **EXHIBIT B**



To whom it may concern,

I am writing this letter on behalf of Parker Egbert as a prospective candidate for residency at the Olympic Training Center as a Paralympian Swimmer. After working with Parker over the last three years I can attest to the fact that he is an amazing young man with a strong family support system. Parker's relentless determination to become an Olympian never waivered even when the Covid delay occurred. Parker drove 1 hour each way and twice a week did that twice a day. In the year leading up to the games I have never coached someone as enthusiastic to reach their goal. Parker trained daily with Sectional and Junior National swimmers on our club team and inspired them to be their best. This opportunity for him to have this experience will carry lifelong benefits.

In speaking with Parker's parents, I have been made aware of his degenerative muscle diagnosis. They are giving him as many calories and protein shakes as possible, but he fails to maintain weight and muscle mass despite his countless laps and dryland training. As his coach I have clearly seen this characteristic displayed over the last two years. I do not understand all the neurological and physiological implications of the genetic disorder I do observe a difficulty to make gains in endurance within my periodized training plan especially in the last four months. Although this is going on within his body it does not affect his spirt of positivity that he brings to the pool every day.

I hope the information I have provided is helpful in your process. Parker is an extraordinary young man and representative of the USA Paralympic Team.

Sincerely

Karl Kozicki

Head Coach

Team Greenville

*Karl O Kozicki* (signature)

# EXHIBIT C

# SPOOKLEY AND THE Hurricane

It was a gusty and stormy day in Green Meadows and Spookley, Tom and Timothy are checking the bad weather on the way and Timothy said 'I don't like of this weather.' he said 'Don't worry Timothy!' both Spookley and Tom both said and then the news came on the television and so Spookley, Tom and Timothy watch the news on the television all about the hurricane.

And the news reporter on the television said 'A big strong hurricane is on it's way and it has a name and he named the powerful hurricane called Hurricane Robert and if you are in that area of your town please be safe and careful!' the news reporter said and Spookley said 'I have to warn my friends and the people of Green Meadows of a big, strong, powerful hurricane is coming.' she said

And so Spookley flew into the town of Green Meadows and she sees people board up windows, food is off of their shelves and people in the hurricane cellulars to stay safe and then she sees Amy and Alexzander and they both said "sorry we can't talk right now Spookey". They both said and when she flew back home and Patricia and John said "Get to the cellular the hurricane had started," they said and Spookley invited Tom and Timothy.

And meanwhile Spookley, Spooky, Tom, Timothy, Patricia, and John were feeling safe in the hurricane cellular and they all can hear was snapping trees, wind howling and roaring, and lightning flashed in the sky and Spooky and Timothy both begin to feel afraid of the monster hurricane and they both said to Spookley "Tell us when it calms down!" They screamed and Spookley said "Don't worry and I will make sure." She said and looked out of the window in the cellular.

Then all of a sudden the wind and the rain had died down suddenly and Spooky and Timothy said 'IS IT over yet?' They both asked 'Nope not yet!' said Patricia and John and for right now there are in the eye of the hurricane and right after the eye of the hurricane had passed and the wind and the rain start all over again and Spooky and Timothy both freaked out again as it started again.

And the monster hurricane starts to pick back up again CRASH BANG BOOM! went the lightning and Spooky noticed something outside 'MY TREEHOUSE!' she screamed and Timothy said 'I HATE HURRICANES!' he cried and Spookley heard the news that the monstrus storm will be over in 10 minutes and so Spookley, Tom, Spooky, Timothy, Patricia and John all waited for 10 minutes for the powerful hurricane to be gone.

Right after 10 minutes the hurricane was over and the sun was setting and the hurricane made a terrible mess for the Tawn of Green meadows and spookey said 'I will clean up the ness for the town, check on my friend and our house! She said and she did and after the mess from the hurricane is all cleaned up people can go to dinner and go to bed and Tom and Timathy can go home and last spookey and spooky are dinner and went to

And spookey told spooky she said 'you did a good job of being brave while during the hurricane!' she said and then their parents bath said 'we are so proud for bath of you.' They said and spookey and spooky went to sleep to remind of the day that they braved the polerful hurricane.



THE END

# EXHIBIT D



Dear Erin Popovitch and Nathan Manley,

I am very mad at the bath at you for not taking great care of me and I do not like when Robert Grishald did something awful and bad things happen to me and I don't like that you believe his lies and you need to to a better job at coming in the showers so that way that Robert Grishald will never do that stuff again and I am also mad at when Robert did something to the rest of my friends like Anastasia and Lawrence and I believe that Robert Grishald is a devil ton-e

And I will never ever ever swim with Team USA ever again Never!

from,

PARKER T. EGBERT