# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02943

PARKER EGBERT, by and through his *guardian ad litem*, Laura Egbert,

       *Plaintiff*,

v.

ROBERT GRISWOLD,
UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE, a not-for-profit corporation
U.S. CENTER FOR SAFESPORT, a non-profit organization, and
DOES 1 through 50, inclusive, whose true names are unknown,

       *Defendants*.

---

## PETITION AND [PROPOSED] ORDER
## APPOINTING LAURA EGBERT *GUARDIAN AD LITEM*

---

### PETITION

I, Laura Egbert, proposed *guardian ad litem* for Plaintiff, Parker Egbert (Petitioner and Plaintiff), hereby state as follows:

1. I am 46 years old and am a resident of Marion, Iowa.

2. Parker Egbert is my son. Parker has been diagnosed with autosomal dominant neurodevelopmental disorder, which is associated with, among other things, delayed speech, intellectual disability, and behavior abnormalities. *See* Exhibit A, Diagnosis from the Greenwood Genetic Center.

3. I am a competent and responsible person and am fully competent to act as *guardian ad litem* for my son, Parker.

4. Parker is about to commence an action in this Court against Robert Griswold, United States Olympic & Paralympic Committee, U.S. Center For SafeSport, and Does 1 through 50, inclusive, ("Defendants") for harm to related to physical and sexual abuse.

5. Parker has no general guardian under the laws of the State of Iowa. No previous petition for appointment of a guardian ad litem has been filed in this matter.

6. I am willing to act as *guardian ad litem* for Parker, as I appear herein by my own consent.

DATED: November 11, 2022

Laura Egbert

WHEREFORE, Petitioner Parker Egbert, hereby moves the Court for an order appointing Laura Egbert as *guardian ad litem* of Petitioner for the purpose of bringing action against Defendants on the claim hereinabove stated.

DATED:    November 12, 2022

s/ Elizabeth Kramer
Elizabeth A. Kramer, Esq.
Erickson Kramer Osborne LLP
44 Tehama Street
San Francisco, California 94105
Phone: (415) 635-0631
Fax: (415) 599-8088
E-mail: elizabeth@eko.law

*Attorneys for Plaintiff Parker Egbert*

2

3

## [PROPOSED] ORDER

The petition for an order appointing Laura Egbert as *guardian ad litem* for petitioner is

GRANTED.

IT IS SO ORDERED.


DATED: _____         _____

# EXHIBIT A



**Greenwood
Genetic Center**

Where Compassion Inspires Progress

P) 864.941.8100
T) 888.GGC.GENE
F) 864.388.1077

106 Gregor Mendel Circle
Greenwood, South Carolina 29646
www.GGC.org

October 4, 2021

**RE: Parker T. Egbert
DOB: 8/6/2003**

To Whom It May Concern:

Parker T. Egbert is a patient at the Greenwood Genetic Center. He is being followed due to a history of developmental delay, intellectual disability, and autism spectrum disorder. In January 2021, we were able to make a genetic diagnosis of autosomal dominant neurodevelopmental disorder with hypotonia and variable intellectual and behavioral abnormalities (NEDHIB) based on a *de novo* (new change to Parker) likely pathogenic variant in the *POLR2A* gene. This syndrome has only recently been described in the literature. We feel this diagnosis fits Parker's medical history. We reviewed a recent publication involving 16 patients with *de novo* pathogenic variants in this gene (Haijes et al. (2019)). Clinical features associated with NEDHIB include hypotonia, delayed walking, poor speech, intellectual disability, decreased endurance, feeding difficulties, gastroesophageal reflux, and behavioral abnormalities.

Parker underwent an Ashworth test and gait evaluation recently. Parker was found to have muscular atrophy in his trunk, back, and legs. He also has muscle weakness in his arms and shoulders along with tight/short Achilles tendons. He had an ataxic gait, which is exacerbated by joint hypermobility.

We feel the diagnosis of NEDHIB explains Parker's medical history very well. This diagnosis would explain why Parker cannot eat quickly, which is secondary to hypotonia and swallowing issues. Additionally, a diagnosis of NEDHIB would explain why Parker has some issues gaining weight, his bowel issues, and his body frame. NEDHIB would also explain why Parker walks on his toes as well as his tight Achilles tendons and the need for additional stretching. Interestingly, this condition is also associated with decreased endurance. The fact that Parker is doing so well with swimming is miraculous.

Parker's genetic diagnosis of NEDHIB puts him at a disadvantage when compared to unaffected individuals. We hope that you would consider this information when performing Parker's swimming classification.

Please let me know if you have any questions or need additional information. I can be contacted via email at wpatterson@ggc.org or telephone at 864-388-1051.

Best,

*Wesley G. Patterson, PA-C*

Wesley G. Patterson, PhD(c), MSPA, PA-C
Genetics Physician Assistant



## Medical Diagnostic Form for ALL Athletes with Physical Impairment

To be eligible for World Para Swimming an athlete must have an underlying medical diagnosis (Health Condition) that results in a Permanent and Eligible Impairment (article 7 in the World Para Swimming Classification Rules and Regulations). The measurement of impairment conducted during the classification process must correspond to the diagnosis indicated below.

Completed forms and relevant Medical Diagnostic Information must be uploaded to the athlete's SDMS profile upon registration of the athlete to the SDMS. World Para Swimming holds the right to request further information, if additional information is required. The athlete will not be able to undergo classification, until such time as the requested information is provided.

**Please fill in the form electronically.**

### Athlete Information (to be completed by the NPC)

| | |
|---|---|
| **Family name:** | Parker Thomas Egbert |
| **Given name/s:** | |
| **Gender:** ☐ Female ☒ Male | **Date of Birth:** 8/6/03 |
| **NPC:** | **SDMS ID:** |

### Medical Information — to be completed in **English** by a registered Medical Doctor, M.D.

| | |
|---|---|
| **Athlete's Medical Diagnosis (Health Condition):** | Germline Mutation in POLR2A Autism, Intellectual Disabilities |
| **Include description of body part/s affected and limitations:** | Multisystemic developmental disorders that can cause hypotonia, joint hypermobility, hip dysplasia short Achilles tendons and ataxia. Spine reveals significant atrophy of paraspinal musculature with prominent spine processes |

**Primary Impairment/s arising from the Medical Diagnosis (Health Condition):**

| | | |
|---|---|---|
| ☒ Impaired muscle power<br>☒ Impaired passive range of motion | ☒ Ataxia<br>☐ Athetosis<br>☒ Hypertonia | ☐ Leg length difference<br>☐ Limb deficiency/loss<br>☐ Short stature (height:_____cm) |

| **Medical condition is:** | ☒ Permanent | ☐ Stable | ☒ Progressive | – Fluctuating |
|---|---|---|---|---|

International Paralympic Committee
Adenauerallee 212-214   Tel. +49 228 2097-200
53113 Bonn, Germany   Fax +49 228 2097-209
www.paralympic.org
info@paralympic.org



| Year of onset: | ☒ Congenital (birth) |
|---|---|

**Diagnostic Evidence to be attached:**

Evidence to support the above diagnosis **MUST** be attached in **English** for **ALL** athletes:
  ☒ Medical Diagnostic Report and Physical Examination results (for example ASIA scale for Athletes with Spinal Cord Injury, Ashworth Scale for Athletes with Cerebral Palsy, X-rays for Athletes with dysmelia, photo for Athletes with amputation)

World Para Swimming holds the right to request additional diagnostic evidence as per article 7.5 and 7.6 in World Para Swimming Classification Rules and Regulations, including but not limited to:
  ☒ Report(s) from additional diagnostic testing (for example, EMG, MRI, CT, X-ray)

**Treatment History:** PT, OT, Speech, in home therapy from birth. Genetic Dr. from birth.

**Regular Medication – List dosage and reason:** NA

**Presence of additional medical conditions/diagnoses:**

☐ Vision impairment          ☐ Impaired respiratory function       ☒ Joint Hypermobility/ instability
☒ Intellectual impairment    ☒ Impaired metabolic functions        ☒ Impaired muscle endurance
☐ Hearing impairment         ☐ Impaired cardiovascular functions      (e.g., Chronic fatigue)
☐ Psychological diagnoses    ☐ Pain                                ☐ Other: _____

**Describe:**

☒ I confirm that the above information is accurate

**Doctors Name:** Wesley G. Patterson PhD(c), MSPA, PA-C

| **Medical Specialty:** Medical Genetics | **Registration Number:** |
|---|---|
| **Address:** 106 Gregor Mendel Circle | 1669463014 |

| **City:** Greenwood | **Country:** USA |
|---|---|
| **Phone:** 864-388-1051 | **E-mail:** wpatterson@ggc.org |
| **Signature:** Wesley D. Patterson PA-C | **Date:** 11/9/2021 |



Parker Egbert was seen today for a musculoskeletal and gait evaluation. Patient is an 18 year-old male with a diagnosis of Germline Mutation in POLR2A, which is characterized by multi-systemic developmental disorders that can cause hypotonia, joint hypermobility, hip dysplasia, short Achilles tendons, and ataxia.

Parker's gait evaluation revealed a pattern of limited heel strike at initial contact phase of gait. Patient frequently demonstrated mid foot strike upon initial contact phase of gait. Patient's range of motion in the bilateral ankle demonstrated only 5 degrees dorsiflexion and 30 degrees plantarflexion. This demonstrated a short Achilles tendon which is characteristic of Parker's genetic mutation.

Parker's gait also demonstrated no reciprocal arm swing. His trunk is rigid during the gait cycle. He keeps his arms flexed at the elbows and increases this movement as well as glenohumeral flexion the more the gait increases. Evaluation is positive for ataxia.

Patient's right knee hyperextends during right midstance phase of gait. The hyperextension increases in severity with increases in gait speed. This demonstrates joint hypermobility which is another characteristic of Germline Mutation in POLR2A.

Evaluation of spine reveals significant atrophy of paraspinal musculature with prominent spinal processes. Some general core weakness is noted.

Parker's diagnosis of Germline Mutation in POLR2A puts him at a disadvantage to compete due to his physical disabilities.

Tommy McCrea, CPO

Professional Park  *  110 Liner Drive  * Greenwood, SC 29646
Phone (864) 942-7001  *  Fax (864) 942-7008