IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02943-MEH

PARKER EGBERT, an individual

    Plaintiff,

v.

ROBERT GRISWOLD,
UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE, a not-for-profit corporation,
U.S. CENTER FOR SAFESPORT, a non-profit organization, and
DOES 1 through 50, inclusive, whose true names are unknown,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT

Defendant United States Olympic & Paralympic Committee ("USOPC"), by and through its undersigned counsel, and in accordance with Fed.R.Civ.P. 7.1, certifies that USOPC is a federally chartered, non-profit corporation. USOPC does not have a parent corporation or stock.

Dated: January 13, 2023.

Respectfully submitted,

*/s/ Julie M. Walker*
Julie M. Walker
Lidiana Rios
IRELAND STAPLETON PRYOR & PASCOE, PC
717 17th Street, Suite 2800
Denver, Colorado 80202
Telephone: (303) 623-2700
E-mail: jwalker@irelandstapleton.com
       lrios@irelandstapleton.com

*Attorneys for Defendant United States Olympic & Paralympic Committee*

5084555.v1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2023, the foregoing **CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

*/s/ Julie M. Walker*
Julie M. Walker
