**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02943-MEH

PARKER EGBERT,

     Plaintiff,

v.

ROBERT GRISWOLD,
U.S. OLYMPIC & PARALYMPIC COMMITTEE, and
U.S. CENTER FOR SAFESPORT, and
JOHN DOES 1-50,

     Defendants.

---

**CORPORATE DISCLOSURE STATEMENT**

---

     Defendant U.S. Center for SafeSport ("SafeSport"), by and through its undersigned counsel, and in accordance with Fed.R.Civ.P. 7.1, hereby provides notice that it is a Colorado non-profit corporation registered and headquartered in the State of Colorado.  SafeSport has no parent corporation, no subsidiaries, and no stockholders.

     Dated this 17th day of January, 2023.

                     Respectfully submitted,

                      *s/ Joseph J. Zonies*
                     Joseph J. Zonies, No. 29539
                     ZONIES LAW LLC
                     1700 Lincoln Street, Suite 2400
                     Denver, CO  80203
                     (720) 464-5300
                     jzonies@zonieslaw.com

                     *Attorney for Defendant U.S. Center for SafeSport*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Corporate Disclosure Statement** was filed and served on this 17th day of January, 2023, using the CM/ECF system, which will serve notification of such filings on counsel for all parties.


 *s/ Joseph J. Zonies*
Joseph J. Zonies