# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02943-MEH

PARKER EGBERT

       Plaintiff,

v.

ROBERT GRISWOLD,
UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE, a not-for-profit corporation,
U.S. CENTER FOR SAFESPORT, a non-profit organization, and
DOES 1 through 50, inclusive, whose true names are unknown,

       Defendants

---

## ANSWER

---

Defendant Robert Griswold ("Defendant"), by and through his counsel, Foster Graham Milstein and Calisher, LLP, hereby submit their Answer to the Complaint of Plaintiff Parker Egbert dated November 11, 2022 ("Complaint") as follows:

## ANSWER

## I.      NATURE OF THE ACTION

1.      Deny.

2.      Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 2 of the Complaint, and therefore denies same.

3.      Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 3 of the Complaint, and therefore denies same.

4.      Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 4 of the Complaint, and therefore denies same.

5.      Defendant admits that Plaintiff was named to the U.S. Paralympics Swimming national team and competed in the 2020 Paralympic games. Defendant lacks sufficient information as to the truth of the remaining allegations contained in paragraph 5 of the Complaint, and therefore denies same.

6.      Defendant admits that Plaintiff won medals at the U.S. Paralympics Swimming National Championship. Defendant lacks sufficient information as to the truth of the remaining allegations contained in paragraph 6 of the Complaint, and therefore denies same.

7.      Deny.

8.      Deny.

9.      Defendant admits that the U.S. Paralympics Swimming national team travelled to Tokyo to compete in the 2020 Paralympic Games. Defendant denies the remaining allegations in paragraph 7 of the Complaint.

10.     Defendant admits that Plaintiff and Defendant were two of five athletes sharing a suite in the Athlete's Village at the 2020 Paralympic Games. Defendant denies the remaining allegations in paragraph 10 of the Complaint.

11.     Deny.

12.     Deny.

13.     Deny.

14.     Deny.

15.     Deny.

16.     Deny.

17.     Deny.

18.     Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 18 of the Complaint, and therefore denies same.

19.     Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 19 of the Complaint, and therefore denies same.

20.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 20 of the Complaint, and therefore denies same.

21.     Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 21 of the Complaint, and therefore denies same.

22.     Paragraph 22 of the Complaint does not contain any allegations to which a response is required.  To the extent any response is required, Defendant denies the allegations contained in paragraph 22 of the Complaint.

23.     Paragraph 23 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant asserts that the Safe Sport Act is the best evidence of its requirements and denies any allegations inconsistent with same.

24.     Paragraph 24 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant asserts that the Safe Sport Act is the best evidence of its requirements and denies any allegations inconsistent with same.

25.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 25 of the Complaint, and therefore denies same.

26.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 26 of the Complaint, and therefore denies same.

4878-3185-5179, v. 1

27.     Deny.

28.     Defendant admits he was briefly added and then removed from the SafeSport database and denies the remaining allegations in paragraph 28 of the Complaint.

29.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 29 of the Complaint, and therefore denies same.

30.     Deny.

31.     Defendant admits he won two Paralympic gold medals and broke the world record in the 100-meter backstroke at the 2020 Paralympic Games and denies the remaining allegations in paragraph 31 of the Complaint.

32.     Deny.

33.     Deny.

34.     Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 34 of the Complaint, and therefore denies same.

35.     Defendant lacks sufficient information as to the truth of the remaining allegations contained in paragraph 35 of the Complaint, and therefore denies same.

36.     Paragraph 36 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant asserts that the Safe Sport Act is the best evidence of its requirements and denies any allegations inconsistent with same.

37.     Defendant admits that he was temporarily suspended as a member of the 2022 National Team and was temporarily suspended from training at the OPTC or competing. Defendant denies the remaining allegations in paragraph 37 of the Complaint.

38.     Deny.

39.     Deny.

40.     Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 40 of the Complaint, and therefore denies same.

## II.     JURISDICTION AND VENUE

41.     Defendant admits this Court has subject matter jurisdiction over this case.

42.     Paragraph 42 of the Complaint does not contain any allegations to which a response by Defendant is required.

43.     Paragraph 43 of the Complaint does not contain any allegations to which a response is required.

44.     Defendant admits this Court has personal jurisdiction over him. Defendant denies the remaining allegations in paragraph 44 of the Complaint.

45.     Defendant admits venue is proper in this District.

## III.     THE PARTIES

46.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 46 of the Complaint, and therefore denies same.

47.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 47 of the Complaint, and therefore denies same.

48.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 48 of the Complaint, and therefore denies same.

49.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 49 of the Complaint, and therefore denies same.

50.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 50 of the Complaint, and therefore denies same.

4878-3185-5179, v. 1

51.     Defendant admits he is an individual who previously resided at the OPTC, and denies the remaining allegations in paragraph 51 of the Complaint.

52.     Admit.

53.     Admit.

54.     Deny.

55.     Defendant admits that his sister was previously a social media manager for Swimming World Magazine and admits that his father, on a handful of occasions, served as a meet referee at swim meets and on those few occasions had his travel expenses covered by the meet sponsor. Defendant denies the remaining allegations in paragraph 55 of the Complaint.

56.     Paragraph 56 of the Complaint does not contain any allegations to which a response is required. To the extent a response is required, Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 56 of the Complaint, and therefore denies same.

## IV.     FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

### A. Plaintiff's Incredible Story of Perseverance and Success

57.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 57 of the Complaint, and therefore denies same.

58.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 58 of the Complaint, and therefore denies same.

59.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 59 of the Complaint, and therefore denies same.

4878-3185-5179, v. 1

60.     Defendant admits Plaintiff joined the 2020 U.S. Paralympics Swimming national team and states Plaintiff competed in the 200-meter individual medley and the 100 meter backstroke in the S14 classification at the 2020 Paralympic Games.

60.     [Stet] Defendant lacks sufficient information as to the truth of the allegations contained in the second paragraph 60 of the Complaint, and therefore denies same.

61.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 61 of the Complaint, and therefore denies same.

62.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 62 of the Complaint, and therefore denies same.

63.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 63 of the Complaint, and therefore denies same.

64.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 64 of the Complaint, and therefore denies same.

65.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 65 of the Complaint, and therefore denies same.

66.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 66 of the Complaint, and therefore denies same.

67.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 67 of the Complaint, and therefore denies same.

**B. USOPC and SafeSport's Obligations and Promises to Protect Paralympic Athletes**

68.     Defendant asserts that the Amateur Sport Act is the best evidence of its requirements and denies any allegations inconsistent with same.

69.     Defendant asserts that the Amateur Sport Act is the best evidence of its requirements and denies any allegations inconsistent with same.

4878-3185-5179, v. 1

70.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 70 of the Complaint, and therefore denies same.

71.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 71 of the Complaint, and therefore denies same.

72.     Defendant asserts that the Amateur Sport Act and the Safe Sport Act are the best evidence of their requirements and denies any allegations inconsistent with same.

73.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 73 of the Complaint, and therefore denies same.

74.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 74 of the Complaint, and therefore denies same.

75.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 75 of the Complaint, and therefore denies same.

76.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 76 of the Complaint, and therefore denies same.

77.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 77 of the Complaint, and therefore denies same.

78.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 78 of the Complaint, and therefore denies same.

79.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 79 of the Complaint, and therefore denies same.

80.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 80 of the Complaint, and therefore denies same.

81.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 81 of the Complaint, and therefore denies same.

82.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 82 of the Complaint, and therefore denies same.

83.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 83 of the Complaint, and therefore denies same.

**C. Griswold Grooms and Then Ceaselessly and Horrifically Abuses and Harms Plaintiff**

84.     Deny.

85.     Deny.

86.     Deny.

87.     Deny.

88.     Deny.

89.     Deny.

90.     Deny.

91.     Deny.

92.     Deny.

93.     Deny.

94.     Deny.

95.     Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 95 of the Complaint, and therefore denies same.

96.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 96 of the Complaint, and therefore denies same.

97.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 97 of the Complaint, and therefore denies same.

98.     Deny.

99.     Deny.

100.    Deny.

101.    Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 101 of the Complaint, and therefore denies same.

102.    Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 102 of the Complaint, and therefore denies same.

103.     Defendant admits that Plaintiff's mother and sisters flew out to the OPTC in July 2022. Defendant admits that he and another teammate observed thirteen empty bags of cookies in Plaintiff's trash can and told the coach what they had observed. Defendant denies the remaining allegations in paragraph 103.

104.    Defendant denies any allegation that he "lied" and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 104 of the Complaint, and therefore denies same.

105.    Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 105 of the Complaint, and therefore denies same.

106.    Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 106 of the Complaint, and therefore denies same.

107.    Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 107 of the Complaint, and therefore denies same.

108.    Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 108 of the Complaint, and therefore denies same.

109.    Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 109 of the Complaint, and therefore denies same.

110.    Deny.

111.    Deny.

112.    Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 112 of the Complaint, and therefore denies same.

113.    Deny.

114.    Deny.

115.    Deny.

116.    Deny.

117.    Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 109 of the Complaint, and therefore denies same.

118.    Deny.

119.    Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 199 of the Complaint, and therefore denies same.

**D. USOPC and SafeSport's Acts and Omissions Resulted in Plaintiff Being Left Vulnerable to Predation and Abuse**

120.    Paragraph 120 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant denies the allegations in paragraph 120 of the Complaint.

121.     Paragraph 121 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant denies the allegations in paragraph 121 of the Complaint.

122.     Paragraph 122 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant denies the allegations in paragraph 122 of the Complaint.

123.     Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 123 of the Complaint, and therefore denies same.

124.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 124 of the Complaint, and therefore denies same.

125.     Defendant lacks sufficient information as to the truth of the allegations contained in paragraph 125 of the Complaint, and therefore denies same.

126.     Paragraph 126 of the Complaint does not contain any allegations to which a response is required. To the extent a response is required, Defendant denies the allegations in paragraph 126 of the Complaint.

127.     Paragraph 127 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant denies the allegations in paragraph 127 of the Complaint.

128.     Paragraph 128 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant denies the allegations in paragraph 128 of the Complaint.

129.     Defendant denies all allegations of his alleged conduct or acts. The remainder of Paragraph 129 of the Complaint does not contain any allegations to which a response is required. To

the extent any response is required, Defendant denies the remaining allegations in paragraph 129 of the Complaint.

130.     Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 130 of the Complaint, and therefore denies same.

131.     Defendant denies all allegations of his alleged conduct or acts. The remainder of Paragraph 131 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant denies the remaining allegations in paragraph 131 of the Complaint.

132.     Defendant denies all allegations of his alleged conduct or acts. The remainder of Paragraph 132 of the Complaint does not contain any allegations to which a response is required. To the extent any response is required, Defendant denies the remaining allegations in paragraph 132 of the Complaint.

133.     Deny.

134.     Defendant denies all allegations of his alleged conduct or acts and lacks sufficient information as to the truth of the remaining allegations contained in paragraph 134 of the Complaint, and therefore denies same.

## CLAIMS FOR RELIEF

### V.        FIRST CLAIM FOR RELIEF
#### Assault and Battery
#### (Against Defendant Griswold)

135.     This paragraph is an incorporation paragraph to which no response is required.

136.     Deny.

137.     Deny.

13

138.   Deny.

## VI.   SECOND CLAIM FOR RELIEF
### Invasion of Privacy
### (Against Defendant Griswold)

139.   This paragraph is an incorporation paragraph to which no response is required.

140.   Deny.

141.   Deny.

142.   Deny.

## VII.   THIRD CLAIM FOR RELIEF
### Negligence
### (Against Defendant USOPC)

143.   This paragraph is an incorporation paragraph to which no response is required.

144.   Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

145.   Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

146.   Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

147.   Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

148.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

149.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

150.    While Plaintiff is not asserting claims against Defendant in this Claim for Relief, Defendant denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

151.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

152.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

153.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

154.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

155.    While Plaintiff is not asserting claims against Defendant in this Claim for Relief, Defendant denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

4878-3185-5179, v. 1

## VIII.     FOURTH CLAIM FOR RELIEF
### Negligent Supervision, Training, Retention, and Entrustment
### (Against Defendant USOPC)

156.     This paragraph is an incorporation paragraph to which no response is required.

157.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

158.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

159.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

160.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

161.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

162.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

163.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a

response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

164.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

165.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

166.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

167.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

168.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

169.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a

response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

170.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

## IX.    FIFTH CLAIM FOR RELIEF
### Negligent Failure to Warn
### (Against Defendant USOPC)

171.    This paragraph is an incorporation paragraph to which no response is required.

172.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

173.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

174.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

175.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

176.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

177.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

178.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

179.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

## X.     SIXTH CLAIM FOR RELIEF
### Gross Negligence
### (Against Defendant USOPC)

180.     This paragraph is an incorporation paragraph to which no response is required.

181.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

4878-3185-5179, v. 1

182.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

183.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

184.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

185.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

186.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

187.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

188.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

## XI.       SEVENTH CLAIM FOR RELIEF
### Negligence
### (Against Defendant SafeSport)

189.    This paragraph is an incorporation paragraph to which no response is required.

190.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

191.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

192.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

193.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

194.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

195.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

196.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

197.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

198.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

199.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

200.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

## XII.     EIGHTH CLAIM FOR RELIEF
### Negligent Supervision, Training, Retention, and Entrustment
### (Against Defendant SafeSport)

201.     This paragraph is an incorporation paragraph to which no response is required.

202.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

4878-3185-5179, v. 1

203.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

204.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

205.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

206.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

207.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

208.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

209.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a

response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

210.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

211.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

212.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

213.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

214.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

### XIII.    NINTH CLAIM FOR RELIEF
**Negligent Failure to Warn**
**(Against Defendant SafeSport)**

215.    This paragraph is an incorporation paragraph to which no response is required.

216.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

217.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

218.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

219.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

220.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

221.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

222.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

### XIV.     TENTH CLAIM FOR RELIEF
### Gross Negligence
### (Against Defendant SafeSport)

223.     This paragraph is an incorporation paragraph to which no response is required.

224.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

225.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

226.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

227.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

228.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a

4878-3185-5179, v. 1

response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

229.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

230.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

## XV.    ELEVENTH CLAIM FOR RELIEF
### Express/Implied Agency
### (Against Defendants Griswold, USOPC, and SafeSport)

231.    This paragraph is an incorporation paragraph to which no response is required.

232.    Deny.

233.    Deny.

234.    Deny.

235.    Deny.

## XVI.    TWELFTH CLAIM FOR RELIEF
### Fraud and Misrepresentation
### (Against Defendant USOPC)

236.    This paragraph is an incorporation paragraph to which no response is required.

237.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

27

238.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same.

239.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

240.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

241.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

242.     Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

## XVII.     THIRTEENTH CLAIM FOR RELIEF
### Fraud and Misrepresentation
### (Against Defendant SafeSport)

243.     This paragraph is an incorporation paragraph to which no response is required.

4878-3185-5179, v. 1

244.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

245.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

246.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

247.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

248.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

## XVIII.    FOURTEENTH CLAIM FOR RELIEF
### Intentional Infliction of Emotional Distress
### (Against Defendants Griswold, USOPC, and SafeSport)

249.    This paragraph is an incorporation paragraph to which no response is required.

250.    Deny.

251.    Deny.

252.    Deny.

253.    Deny.

254.    Deny.

## XIX.    FIFTEENTH CLAIM FOR RELIEF
### Negligent Infliction of Emotional Distress
### (Against Defendants Griswold, USOPC, and SafeSport)

255.    This paragraph is an incorporation paragraph to which no response is required.

256.    Deny.

257.    Deny.

258.    Deny.

259.    Deny.

260.    Deny.

261.    Deny.

262.    Deny.

263.    Deny.

264.    Deny.

## XX.    SIXTEENTH CLAIM FOR RELIEF
### Civil Conspiracy
### (Against Defendants USOPC and SafeSport)

265.    This paragraph is an incorporation paragraph to which no response is required.

266.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a

30

response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

267.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

268.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

269.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

270.    Plaintiff is not asserting claims against Defendant in this Claim for Relief.  Thus, no response from Defendant is required to the allegations contained in this paragraph. To the extent a response is required, Defendant denies the same. Defendant further explicitly denies each and every allegation in this paragraph regarding Defendant's alleged history and alleged actions and conduct.

271.    Defendant denies all allegations not expressly admitted herein, including any allegations in the headings.

## AFFIRMATIVE DEFENSES

A.    Plaintiff fails to state a claim upon which relief can be granted.

B.    Plaintiff's alleged injuries and damages, if any, were proximately caused by the acts of a third party or other parties to this action or responsible non-parties, over whom

31

Defendant had no control nor right of control. Any recovery by Plaintiff upon his claims is subject to the provisions and limitations of C.R.S. § 13-21-111.5.

C.    The sole proximate cause of the injuries and/or damages alleged was due to the negligence, actions, and/or fault of Plaintiff or that the negligence, actions, and/or fault of Plaintiff contributed to the same.

D.    Plaintiff has failed to mitigate his damages, if any, as required by law.

E.    Plaintiff has no damages.

F.    Plaintiff's claims are barred by unclean hands.

G.    Plaintiff's damages, if any, are barred or limited by the provisions of C.R.S. § 13-21-102.5 (limitations on damages for non-economic loss or injury).

H.    Plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

I.    Defendant specifically reserves the right to amend this Answer to include additional defenses and affirmative defenses and affirmative defenses that may become inapplicable upon completion of additional discovery.

## DEFENDANT DEMANDS A JURY ON ALL CLAIMS

Respectfully submitted this 20th day of January, 2023.

/s/ John A. Chanin
John A. Chanin
Katherine Roush
FOSTER GRAHAM MILSTEIN & CALISHER, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado  80209
jchanin@fostergraham.com
kroush@fostergraham.com
Phone:  303-333-9810
Facsimile: 303-333-9786

*Attorneys for Defendant Robert Griswold*

4878-3185-5179, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th Day of January, 2023, I electronically filed the foregoing **ANSWER** with the Clerk of the Court using the ECF system, and served via electronic mail to all Parties of Record:

/s/      *Lucas Wiggins*
Lucas Wiggins

4878-3185-5179, v. 1