IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 22-cv-2943-RMR-MEH | Date: | February 28, 2023 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*   *Counsel:*

PARKER EGBERT,   Kevin Osbourne

    Plaintiff,

v.

ROBERT GRISWOLD, et al.,   John Chanin
                                                                                                                                                 Katherine Roush
                                                                                                                          Julie Walker
                                                                                                                          Lidiana Rios
                                                                                                                          Joseph Zonies
                                                                                                                          Greg Bentley

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**     10:25 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the parties' [ECF 34] *Proposed Scheduling Order* and Defendant U.S. Center For SafeSport's [ECF 36] *Motion for protective Order*.   The Court sets response dates on the record and the Court and the parties discuss issues related discovery and the pendning *Motions to Dismiss*.

**ORDERED:**   Plaintiff's response to Defendant U.S. Center For SafeSport's SafeSport's [ECF 36] *Motion for protective Order* is due **March 13, 2023**, with Defendant's reply due on **March 20, 2023**.   The *Motion* is **GRANTED IN PART** as to staying discovery during the period before the final ruling on the motion, with the remainder of the *Motion* being taken under advisement.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:**                                   March 1, 2024

**Dispositive Motions Deadline:**      April 15, 2024
**Initial Rule 26(a)(2) Disclosures:**  December 15, 2023
**Rebuttal Rule 26(a)(2) Disclosures:** January 30, 2024

**Court in recess:**     **11:17 a.m.**     **(Hearing concluded)**
**Total time in Court:  00:52**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.