IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02943-RMR

PARKER EGBERT, an individual

        Plaintiff,

v.

ROBERT GRISWOLD,
UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE, a not-for-profit corporation,
U.S. CENTER FOR SAFESPORT, a non-profit organization, and
DOES 1 through 50, inclusive, whose true names are unknown,

        Defendants.

## DECLARATION OF KEVIN M. OSBORNE IN SUPPORT OF PLAITIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

    1.    I am an attorney licensed to practice before the Courts of the United States and am an attorney for Plaintiff Parker Egbert in the present action.

    2.    At various times between February 27, 2023, and March 23, 2023, I met and conferred with counsel for Defendants by phone and email regarding the amendments proposed in this motion.

    3.    Filed herewith as **Exhibit 1** is a true and correct copy of Plaintiff's proposed First Amended Complaint. All proposed additions to the complaint are in underline. All proposed deletions from the complaint are in strikethrough.

    4.    Over the course of the last 60 days, the attorneys representing Plaintiff in this matter, including myself, have investigated the ownership of the premises where the conduct alleged in the complaint occurred. The allegations laid out in the proposed First Amended Complaint, filed herewith, state the facts as we presently understand them based on our

investigation.

This document was executed in San Mateo, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and based upon my own personal knowledge, and that if called upon to testify, I could verify the accuracy of the same.

Respectfully submitted this 24th day of March 2023.

*/s/ Kevin M. Osborne*
Kevin M. Osborne

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2023, the foregoing **DECLARATION OF KEVIN M. OSBORNE IN SUPPORT OF PLAITIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** was filed and served using the CM/ECF system, which will serve as notification of such filings on counsel for all counsel of record.

/s/ Kevin M. Osborne
Kevin M. Osborne
Erickson Kramer Osborne LLP
44 Tehama Street
San Francisco, CA 94105
Phone: (415) 635-0631
Fax: (415) 599-8088
kevin@eko.law

*Attorney for Plaintiff Parker Egbert*