IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02943-RMR

PARKER EGBERT, an individual

    Plaintiff,

v.

ROBERT GRISWOLD,
UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE, a not-for-profit corporation,
U.S. CENTER FOR SAFESPORT, a non-profit organization, and
DOES 1 through 50, inclusive, whose true names are unknown,

    Defendants.

**ORDER REGARDING PLAINTIFF'S
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint

The Court hereby GRANTS leave to amend as follows:

\_\_\_\_\_ The Court GRANTS leave to amend to add a cause of action for premises liability against Defendant United States Olympic & Paralympic Committee ("USOPC").

\_\_\_\_\_ The Court GRANTS leave to amend to remove Plaintiff's prayer for punitive damages.

\_\_\_\_\_ The Court GRANTS leave to amend to add allegations to Plaintiff's Twelfth Cause of Action for Fraud and Misrepresentation against Defendant USOPC.

\_\_\_\_\_ The Court GRANTS leave to amend to add a cause of action for Fraudulent Concealment against Defendant USOPC.

\_\_\_\_\_ The Court GRANTS leave to amend to remove claims against Defendant U.S. Center for SafeSport.

2

Plaintiff shall file an unmarked copy of the First Amended Complaint in accordance with this Order within 14 days from the date of this Order.

**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　The Honorable Michael E. Hegarty
　　　　　　　　　　　　　　　　　　　　　　United States District Court Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2023, the foregoing **ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** was filed and served using the CM/ECF system, which will serve as notification of such filings on counsel for all counsel of record.

/s/ Kevin M. Osborne
Kevin M. Osborne
Erickson Kramer Osborne LLP
44 Tehama Street
San Francisco, CA 94105
Phone: (415) 635-0631
Fax: (415) 599-8088
kevin@eko.law

*Attorney for Plaintiff Parker Egbert*