# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02943-GPG-MEH

PARKER EGBERT, an individual

    Plaintiff,

v.

ROBERT GRISWOLD,
UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE, a not-for-profit corporation, and DOES 1 through 50, inclusive, whose true names are unknown,

    Defendants.

---

### DEFENDANT UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE'S REQUEST TO TAKE JUDICIAL NOTICE SUPPORTING PARTIAL MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT AND TO STRIKE

---

Defendant United States Olympic & Paralympic Committee ("USOPC"), through undersigned counsel, submits the following Request for Judicial Notice pursuant to Fed. R. Evid. 201(b), stating in support:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1, counsel for USOPC conferred with counsel for all parties and certifies that no response has been received from Plaintiff or Defendant Robert Griswold as to the relief requested.

### LEGAL STANDARDS

Rule 201 provides that the Court may take judicial notice of an adjudicative fact not subject to reasonable dispute because it is either (1) generally known within the territorial jurisdiction of

5191416.2

the trial court, or (2) capable of accurate and ready determination by resort to resources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *In re Molycorp, Inc. Sec. Litig.*, 2015 WL 1514712, at *2 (D. Colo. Mar. 30, 2015). Judicial notice may be taken at any stage of a civil action, including at the motion to dismiss stage. Fed. R. Evid. 201(d); *see also Hansen v. Harper Excavating, Inc.*, 641 F.3d 1216, 1219 n.2 (10th Cir. 2011) (judicial notice may be taken "whether requested or not," and "at any stage of the proceeding"). Courts may also judicially notice contracts between governmental and nongovernmental actors that are public record. *See, e.g., Utah Gospel Mission v. Salt Lake City Corp.*, 316 F.Supp.2d 1201 (D. Utah 2004) (taking judicial notice of a settlement agreement between Salt Lake City and the Church of Latter-Day Saints).

## DOCUMENTS REQUESTED

1. <u>Host City Contract for the Games of the XXXII Olympiad in 2020, entered into by the International Olympic Committee, the City of Tokyo, and the Japanese Olympic Committee</u> ("HCC"), *avail. at* https://www.2020games.metro.tokyo.lg.jp/hostcitycontract-EN.pdf and attached as **Ex. A**.

    a. This is a publicly available document found in the official website for the Olympic and Paralympic Games TOKYO 2020, which is hosted by the Tokyo Metropolitan Government. Olympic and Paralympic Games TOKYO 2020, Main Page, *avail. at* https://www.2020games.metro.tokyo.lg.jp/eng/.

    b. The document is fully executed by the President and Chairman of the Finance Commission of the International Olympic Committee, the Governor of the City of Tokyo, and the President of the Japanese Olympic Committee. HCC at 81.

5191416.2

    c.    This document is capable of accurate and ready determination and is maintained on an official government website for a major international sporting event. Its accuracy cannot be reasonably questioned.

    d.    This document is appropriate for consideration by the Court on USOPC's Motion because Plaintiff claims that USOPC "controlled and conducted activity on the premises," referring specifically to "the athlete dormitory USOPC controlled while Plaintiff participated in the Tokyo [Olympic] Games." Plaintiff's Opposition to USOPC's Partial Motion to Dismiss Plaintiff's Corrected First Amended Complaint and to Strike [ECF No. 70] at 3; First Amended Complaint and Demand for Jury Trial [ECF No. 55-1] at ¶ 187.

    e.    USOPC requests that this document be judicially noticed for the limited purpose of establishing that USOPC was not a signatory to the HCC and is otherwise not mentioned in the same.

2.    <u>International Olympic Committee Host City Contract Operational Requirements</u>, *avail. at* https://www.2020games.metro.tokyo.lg.jp/4a9978e664ab285fbe3533963f1c1a51.pdf and attached as **Ex. B**.

    a.    This document is incorporated by reference into the HCC detailed in ¶ 1, *supra*.

    b.    This is a publicly available document found in the official website for the Olympic and Paralympic Games TOKYO 2020, which is hosted by the Tokyo Metropolitan Government. Olympic and Paralympic Games TOKYO 2020, Main Page, *avail. at* https://www.2020games.metro.tokyo.lg.jp/eng/.

    c.    This document is capable of accurate and ready determination and is maintained on an official government website for a major international sporting event. Its accuracy cannot be reasonably questioned.

    d.    This document is appropriate for consideration by the Court on USOPC's Motion because Plaintiff claims that USOPC "controlled and conducted activity on the premises," referring specifically to "the athlete dormitory USOPC controlled while Plaintiff participated in the Tokyo [Olympic] Games." Plaintiff's Opposition to USOPC's Partial Motion to Dismiss Plaintiff's Corrected First Amended Complaint and to Strike [ECF No. 70] at 3; First Amended Complaint and Demand for Jury Trial [ECF No. 55-1] at ¶ 187.

    e.    USOPC requests that this document be judicially noticed for the limited purpose of establishing that USOPC is not mentioned in this document in connection with operation of facilities.

3.    <u>Joinder Agreement to the Host City Contract for the Games of the XXXII Olympiad in 2020</u>, *avail. at* https://www.2020games.metro.tokyo.lg.jp/joinder-agreement-EN.pdf and attached as **Ex. C**.

    a.    This is a publicly available document found in the official website for the Olympic and Paralympic Games TOKYO 2020, which is hosted by the Tokyo Metropolitan Government. Olympic and Paralympic Games TOKYO 2020, Main Page, *avail. at* https://www.2020games.metro.tokyo.lg.jp/eng/.

    b.    The document is fully executed by the President of the Tokyo Organising Committee of the Olympic and Paralympic Games, the President of the

    Japanese Olympic Committee, and the Governor of the City of Tokyo. Joinder Agreement at 2.

c.  This document is capable of accurate and ready determination and is maintained on an official government website for a major international sporting event. Its accuracy cannot be reasonably questioned.

d.  This document is appropriate for consideration by the Court on USOPC's Motion because Plaintiff claims that USOPC "controlled and conducted activity on the premises," referring specifically to "the athlete dormitory USOPC controlled while Plaintiff participated in the Tokyo [Olympic] Games." Plaintiff's Opposition to USOPC's Partial Motion to Dismiss Plaintiff's Corrected First Amended Complaint and to Strike [ECF No. 70] at 3; First Amended Complaint and Demand for Jury Trial [ECF No. 55-1] at ¶ 187.

e.  USOPC requests that this document be judicially noticed for the limited purpose of establishing that USOPC was not the Organising Committee for the Olympic Games for the Olympic and Paralympic Games TOKYO 2020.

Respectfully submitted this 31st day of May, 2023.

            */s/ Julie M. Walker*
            Julie M. Walker
            Lidiana Rios
            IRELAND STAPLETON PRYOR & PASCOE, PC
            1660 Lincoln Street, Suite 3000
            Denver, CO 80264
            Telephone: (303) 623-2700
            E-mail: jwalker@irelandstapleton.com
                 lrios@irelandstapleton.com

            *Attorneys for Defendant United States Olympic & Paralympic Committee*

5191416.2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2023, a true and correct copy of the foregoing **DEFENDANT UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE'S REQUEST TO TAKE JUDICIAL NOTICE SUPPORTING MOTION TO DISMISS** was electronically filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

*/s/ Julie M. Walker*
Julie M. Walker

5191416.2