IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No. | 22-cv-02943-SKC-MEH | Date: | August 20, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

PARKER EGBERT,                                               Elizabeth Kramer (by video)

   Plaintiff,

v.

ROBERT GRISWOLD, and                                  Julie Marie Behrman
U.S. OLYMPIC & PARALYMPIC                         Julie Walker
COMMITTEE,                                                        Lidiana Rios

   Defendants.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**   1:30 p.m.

Court calls case. Appearances of counsel.

Discussion held regarding the Parties' discovery disputes related to the mass designation of deposition transcripts and materials exchanged in discovery as CONFIDENTIAL under the [ECF 54] *Amended Stipulated Protective Order*. The Court hears the Parties' arguments and makes its rulings on the record.

**ORDERED:**   The Parties shall review all items previously produced in discovery, deposition transcripts, etc. and re-designate all items in a manner faithful to, and consistent with, the CONFIDENTIALITY provisions of the [ECF 54] *Amended Stipulated Protective Order*.

                The Parties shall engage in rolling re-productions, with each Party exchanging the items it has reviewed and re-designated **every two weeks**.

                All re-productions with re-designations of CONFIDENTIALITY shall be completed by **October 15, 2024**.

The Parties shall engage in the required conferral process by **October 29, 2024** to work to resolve any disputes regarding the Parties' re-designations of CONFIDENTIALITY in their re-productions.

The Court will hold a Discovery Conference on **October 30, 2024, at 10:00 a.m.** before Chief United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alred A. Arraj Courthouse. At the Conference, the Court will address any disputes that remain after the Parties' conferral.

Defendant United States Olympic & Paralympic Committee's restricted [ECF 119] *Motion for Partial Summary Judgment*, pending on the Docket at ECF 121, and Plaintiff's [ECF 122] *Motion to Modify Scheduling Order and for Leave to Amend Complaint to Assert Claim for Exemplary Damages*, pending on the Docket at ECF 123, are hereby **WITHDRAWN WITHOUT PREJUDICE.**

The Clerk shall designate both filings at ECFs 119 and 122 as **Restricted Level 3**.

The Parties may refile the WITHDRAWN Motions at ECFs 119 and 122 on or before **November 7, 2024** using appropriate CONFIDENTIALITY designations pursuant to the [ECF 54] *Amended Stipulated Protective Order* and accompanying Restriction Levels as determined by the Parties through their conferral, or the Court at the upcoming Discovery Conference.

The Parties' Responses to the refiled *Motions*, along with Responses to the pending [ECF 134] *Motion for Leave to Amend Plaintiff's Responses to Defendant USOPC's Requests for Admissions* and [ECF 136] *Motion for Sanctions Against Julie M. Walker, ESQ., and Defendant USOPC, Pursuant to Fed.R.Civ.P.26(g)(3) and Fed.R.Civ.P.37(c)*, shall be filed on or before **November 8, 2024**. The Parties may Reply as contemplated under the Local Rules.

The case is **STAYED**, aside from the filing of motions as necessary to further the case, until further order of the Court when these processes are complete.

**Court in recess:**     **2:48 p.m.**     Conference Concluded.
Total in-court time:    01:18

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.