IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. District Judge S. Kato Crews

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Mary George | Date: September 4, 2024 |

Case No.: **22-cv-02943-SKC-MEH**

| Parties | Counsel |
|---|---|
| PARKER EGBERT, | Elizabeth Kramer (by phone) |
| Plaintiff, | |
| v. | |
| ROBERT GRISWOLD,<br>U.S. OLYMPIC & PARALYMPIC COMMITTEE, | Katherine Roush<br>Julie Walker<br>Lidiana Rios |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**
**Court in session:**    10:13 a.m.

Court calls case. Appearances of counsel.

Discussion held regarding Chief Magistrate Judge Hegarty's Minute Order (ECF No. 11) denying the Motion to Appoint Guardian Ad Litem (ECF No. 3). Ms. Kramer advises that the plaintiff's parents were appointed as conservators in the Iowa state court. Discussion held regarding amending the caption to reflect the parents' role as conservators.

**ORDERED:** Counsel shall meet and confer and file an appropriate motion, if it is determined that the caption should be amended to reflect the parents' role as conservators.

Argument given by Ms. Kramer and Ms. Walker and discussion held with the Court regarding United States Olympic & Paralympic Committee's Partial Motion to Dismiss Plaintiff's Corrected First Amended Complaint and to Strike (ECF No. 66).

**ORDERED:** The parties shall file simultaneous briefs on the issue of invitee vs. licensee on or before **September 13, 2024;** responses shall be filed on or before **September 20, 2024.** Opening briefs shall be limited to seven (7) pages. Response briefs shall be limited to four (4) pages.

The Court takes the United States Olympic & Paralympic Committee's Partial Motion to Dismiss Plaintiff's Corrected First Amended Complaint and to Strike (ECF No. 66) under advisement.

Discussion held regarding pending motions (ECF Nos. 134 and 136).

**Court in recess:** 10:57 a.m.
Time in court: 00:44
Hearing concluded.