IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Civil Action No. 1:22-cv-02943-SKC-CYC

PARKER EGBERT,

        Plaintiff,

v.

ROBERT GRISWOLD, *et al.*,

        Defendants.

---

## ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

---

This matter is before the Court *sua sponte*. Plaintiff asserts this Court has diversity subject matter jurisdiction under 28 U.S.C. § 1332. Dkt. 58, ¶41. In the related case, *HDI Global Specialty SE v. United States Olympic & Paralympic Committee, et al.*, No. 1:24-cv-01745-SKC-MDB (D. Colo.), however, the United States Olympic & Paralympic Committee (USOPC) argued the Court lacks subject matter jurisdiction because the USOPC is a federally chartered corporation. *HDI Global*, Dkt. 59, pp.6-7. The Court agreed and dismissed that case. *Id.* at Dkt. 86.

USOPC, however, suggests in *HDI Global* that the same outcome is not required here. *Id.* at Dkt. 22, pp.3-7. But the Court struggles to understand how there could possibly be two different outcomes regarding USOPC.[1]

---

[1] USOPC attempted to offer support for its different positions by stating, "Numerous cases involving the USOPC's responsibilities under the ASA have therefore been brought in, or removed to, federal district court." *HDI Global*, Dkt. 22, p.7. But its citations were unhelpful because it only provided the Court with case names and district courts and no case numbers. *Id.* at Dkt. 22, p.7 n.3. The Court will not go on a fishing expedition trying to run to ground claimed supporting authority. And the fact that other cases may have been removed from state court to federal court under 36 U.S.C. § 220505(b)(9) is of no moment because the instant case was not so removed.

The Court therefore **ORDERS** each party **TO SHOW CAUSE** in writing on or before **October 15, 2025,** why this Court should not dismiss this case for lack of diversity subject matter jurisdiction. Each response is limited to 10 pages. No replies are permitted without leave of Court.

DATED: September 24, 2025.

BY THE COURT:

S. Kato Crews
United States District Judge